IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHICO NORWOOD
ADC #140057                                                                                          PLAINTIFF

v.                              CASE NO. 5:11CV00314 BSM/BD

DOES, Medical Department, Diagnostic Unit,
Arkansas Department of Correction                                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 16th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE